# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **ROSARIO FREGOZA ALVAREZ,** | Criminal Case No. 2:09-CR-183 (1) |
| | Civil Case No. 2:16-CV-806 |
| Movant, | Judge Alegnon L. Marbley |
| | Chief Magistrate Judge Elizabeth P. Deavers |
| v. | |
| **UNITED STATES OF AMERICA,** | |
| Respondent. | |

## ORDER

On May 24, 2019, the Magistrate Judge issued a *Report and Recommendation* ("R&R") recommending that the petition for a writ of habeas corpus be dismissed. (ECF No. 96.) Although the parties were advised of the right to file objections to the R&R, and of the consequences of failing to do so, no objections have been filed. Therefore, the R&R (ECF No. 96) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

Pursuant to 28 U.S.C. § 2253(c)(1)(B) and Rule 11 of the Rules Governing Section 2255 Proceedings in the United States District Courts, the Court must determine whether to issue a certificate of appealability. Because Petitioner has waived the right to file an appeal by failing to file objections to the R&R, *see Thomas v. Arn*, 474 U.S. 140, 147 (1985); *United States v. Walters*, 638 F. 2d 947, 950 (6th Cir. 1981), the Court **DECLINES** to issue a certificate of appealability.

IT IS SO ORDERED.

Date: 6/13/19

s/ Algenon L. Marbley
**ALEGENON L. MARBLEY**
**UNITED STATES DISTRICT COURT JUDGE**